UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMELIA MEZO,<br><br>　　　　Defendant. | Case No. CR04-5242FDB<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

　　This matter is before the court on the motion of Defendant Camelia Mezo for reconsideration of this court's Order Denying Resentencing of March 3, 2005. Defendant argues that the court must reconsider its previous order because it erred in stating that the previous sentencing record was adequate or that Defendant had opportunity to present personal attributes described in 18 U.S.C. § 3553(a), and that the court erred when it stated that Defendant failed to present compelling reasons to support abberrant conduct.

　　Having reviewed the motion and balance of the record, the Court finds that the Defendant's motion is without merit. Motions for reconsideration are disfavored. The Court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable

ORDER - 1

1 diligence. CrR 12(c)(11)(A). Defendant has not shown a manifest error in the court's prior ruling or
2 demonstrated that there are new facts or law which could not have been brought to the court's
3 attention earlier.

4     ACCORDINGLY,

5     IT IS ORDERED:

6     (1)    Defendant's motion for reconsideration (Dkt.#81) is **DENIED.**

8     DATED this 15th day of March, 2006.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

26 ORDER - 2